```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
-----------------------------------------------------------x   DATE FILED: 10/30/2020
```

573 FORDHAM DENTAL P.C. ET AL,                :
                         **Plaintiffs,**    :
                                   :
              **v.**                                      :   **1:20-cv-08847-ALC**
                                     :   <u>**ORDER**</u>
**THE HARTFORD FINANCIAL SERVICES**   :
**GROUP INC. ET AL,**                         :
                      **Defendants.**  :

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiffs are ORDERED to file a letter responding to Defendants' Letter Motion for Extension of Time, ECF No. 5, indicating how they would like to proceed and on what grounds they would move to remand. This response must be made by November 4, 2020.

**SO ORDERED.**
**Dated: October 30, 2020**
      **New York, New York**

                                                                  */s/ Andrew L. Carter, Jr.*
                                                                   **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**