**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**573 FORDHAM DENTAL P.C. ET AL,**
                          **Plaintiffs,**

        v.                                         **1:20-cv-08847-ALC**
                                             **ORDER**
**THE HARTFORD FINANCIAL SERVICES**
**GROUP INC. ET AL,**

                          **Defendants.**

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/5/2020__

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' letters regarding a motion for remand. ECF Nos. 5, 7-8. The Court hereby WITHDRAWS its October 27, 2020 Order to Show Cause, ECF No. 4. The Parties are Ordered to brief a motion for remand on the schedule set forth in Defendant's October 27, 2020 letter, ECF No. 5:

    Motion to Remand November 23, 2020

    Opposition December 17, 2020

    Reply January 4, 2021

The Clerk of Court is directed to close the letter motion at ECF No. 5.

**SO ORDERED.**
**Dated: November 5, 2020**
      **New York, New York**

                                                     _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**