Charles Michael
212 378 7604
cmichael@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/29/2021__

April 28, 2021

**Via ECF**

Hon. Andrew L. Carter
United States District Court, Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: *573 Fordham Dental P.C. et al v. The Hartford Financial Services Group Inc. et al.*, 20 Civ. 8847 (S.D.N.Y.) — Joint Status Report

Dear Judge Carter:

We write on behalf of all parties to the above action to provide a joint status report, as the Court directed. (ECF 17, at 6.)

By way of brief background, the plaintiffs are two dental offices that allege they are entitled to insurance coverage from the defendants for business income losses associated with the COVID-19 pandemic. The plaintiffs originally filed the case in state court, and, following removal, moved to remand. On April 15, 2021, the Court denied the motion and directed the parties to provide a joint status report by tomorrow.

Earlier today, the defendants filed a pre-motion letter in anticipation of moving to dismiss (*see* ECF 18) and the plaintiffs will file a response, in accordance with the Court's rules.

All parties respectfully request that discovery be stayed pending resolution of the motion, because the parties would prefer to not incur the substantial expense of discovery before the Court rules on the threshold question of whether the complaint states a claim for relief.

We thank the Court in advance for its consideration of this application.

Respectfully,

*/s/ Charles Michael*

Charles Michael

cc: Randolph Janis, counsel for the plaintiffs
(by email to rjanis@douglasandlondon.com)

The request is **GRANTED**. Discovery is stayed pending resolution of the anticipated motion to dismiss.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/29/2021